TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00561-CV

Texas Department of Insurance, Appellant

v.

Foremost County Mutual Insurance Company, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. GN000332, HONORABLE ERNEST C. GARCIA, JUDGE PRESIDING 

 Appellant Texas Department of Insurance and Appellee Foremost County Mutual
Insurance Company have filed a joint motion to dismiss appeal and expedite issuance of the
mandate. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1). 

 

 Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed on Joint Motion

Filed: December 21, 2000

Do Not Publish